

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00343-CV

**EXLP LEASING, LLC** and EES Leasing, LLC,
Appellants

v.

**WEBB COUNTY APPRAISAL DISTRICT** and United Independent School District,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV-8000073-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED and the matter is REMANDED to the trial court for further proceedings.

We order that appellants EXLP Leasing, LLC and EES Leasing, LLC recover their costs of appeal from appellees Webb County Appraisal District and United Independent School District.

SIGNED June 3, 2015.

_____
Marialyn Barnard, Justice